

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2007

**BY HAND**

Honorable Shirley Wohl Kram
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
JUL 2 6 2007
JUDGE S. W. KRAM
CHAMBERS

    Re:    United States v. Jhamel Sean Francis, et al.
            07 Cr. 672 (SWK)

Dear Judge Kram:

    The above-captioned case was initially assigned to Your Honor. However, I understand from your Chambers that the case will be reassigned to another United States District Judge. The Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until such time as an initial conference can be scheduled with the reassigned Judge, in order to allow the Government to produce, and the defendants to review, discovery. I have spoken with counsel for each of the six defendants in this case, and each has consented to the exclusion of time under the Speedy Trial Act until such time as the initial conference can be scheduled.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

By: _____
Antonia M. Apps
Assistant United States Attorney
Tel: (212) 637-2198
Fax: (212) 637-2527

Application Granted.
Time is excluded in the
interests of justice.

**SO ORDERED**
*[signature]*
JUDGE SHIRLEY WOHL KRAM
U.S.D.J.
Dated: July 27, 2007
New York, NY

Hon. Shirley Wohl Kram
July 24, 2007
Page 2


cc:     John J. Byrnes
        Federal Defenders of New York, Inc.
        *Counsel for Kenneth Francis*
        By Facsimile: (212) 571 0392

        Marilyn Rita
        *Counsel for Jhamel Sean Francis*
        By Facsimile: (914) 834 5921

        Vincent L. Briccetti
        Bricetti, Calhoun & Lawrence, LLP
        *Counsel for Claudia Francis*
        By Facsimile: (914) 946-5906

        Domenick J. Porco
        *Counsel for Lennie A. Nurse, Jr.*
        By Facsimile: (914) 725-8114

        Paul P. Rinaldo
        Grossman & Rinaldo
        *Counsel for Dominik Rawle*
        By Facsimile: (728) 793 0894

        Sam Braverman
        *Counsel for Ebony Dennis*
        By Facsimile: (718) 293 5395