USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES of AMERICA,

            Plaintiff,

-against-

JHAMEL FRANCIS, et al,

           Defendant.

------------------------------------------------------------x

07 Cr. 00672 - 00 (RJH)

**ORDER**

    The pretrial conference scheduled for April 04, 2008 at 10:30 a.m. is **cancelled**.

    A motion hearing is scheduled for April 08, 2008 and April 09, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
March 31, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge