**MARILYN S. READER**
ATTORNEY-AT-LAW
94 North Chatsworth Avenue
Larchmont, New York 10538
(914) 834-9569
fax: (914) 834-5921
email: msr2@aol.com

ADMITTED TO PRACTICE IN
NEW YORK, PENNSYLVANIA AND
NEW JERSEY

July 23, 2008

**By ECF and facsimile to (212) 805-7948:**

Hon. Richard J. Holwell
Judge, U.S.D.C., S.D.N.Y.
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Jhamel Francis*, 07 CR 672 (RJH).

Dear Judge Holwell:

I write on behalf of my client, Jhamel Francis, to request a modification of the travel restrictions of his pre-trial release, which limit his travel to the Southern and Eastern Districts of New York and the District of New Jersey (his residence).

We seek permission for Jhamel Francis to travel to the State of Florida to visit his parents. Flying on Jet Blue, he will depart on July 28, 2008 and return to his residence in New Jersey on August 4, 2008. I have attached a copy of the airline reservation (Ex. 1). In Florida, he will stay with his parents, Ian and Loretta Francis, at 5209 SW 153rd Street, Miramar, FL 33027.

I have discussed this application with Pre-Trial Services Officer Stephanie Ferragia and AUSA Antonia Apps, who have no objections to this request. Ms. Ferragia's consent is attached (Ex. 2). We thank the Court for your consideration and accommodation.

Very truly yours,

Marilyn S. Reader

MSR:hs
cc: AUSA Antonia Apps
    US Pre-trial Services
    Mr. Jhamel Francis

SO ORDERED:

_____
Hon. Richard J. Holwell, Judge USDC, SDNY