973 645 6428    PRETRIAL SERVICES                                          12:27:28   07-23-2008   1/1

## MARILYN S. READER
*ATTORNEY-AT-LAW*
*94 North Chatsworth Avenue*
*Larchmont, New York 10538*
*(914) 834-9569*
*fax: (914) 834-5921*
*email: msr2@aol.com*

ADMITTED TO PRACTICE IN
NEW YORK, PENNSYLVANIA AND
NEW JERSEY

July 22, 2008

**By facsimile to (973) 645-6428:**

Ms. Stephanie Ferragia
U.S. Pre-Trial Services Agency
Newark, New Jersey

Re: *United States v. Jhamel Francis, 07 CR 672 (RJH).*

Dear Ms. Ferragia:

I am transmitting a copy of Jhamel Francis's reservations to fly on Jet Blue roundtrip between Newark, New Jersey and Fort Lauderdale, Florida. He wishes to visit his parents who reside in Miramar, Florida.

Flying on Jet Blue, he will depart on July 28, 2008 and return to his residence in New Jersey on August 4, 2008. The reservation was made by his mother, Loretta Francis. In Florida, he will stay with his parents at 5209 SW 153rd Street, Miramar, FL 33027.

Please fax or email to me as an attachment your consent to Jhamel Francis's travel plans.

Very truly yours,

*Marilyn S. Reader*

Marilyn S. Reader

MSR:hs

As Pre-Trial Services Counselor for Mr. Jhamel Francis, I consent to the above-stated travel plans to Florida from July 28 though August 4, 2008.

_____          July 23, 2008
Stephanie Ferragia                  Date